**Opinion issued April 2, 2013.**



In The

# Court of Appeals

For The

## First District of Texas

————————————

### NO. 01-12-00907-CV

————————————

### IN RE FROST NATIONAL BANK, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION[1]

Frost National Bank has filed a petition for writ of mandamus challenging the trial court's order setting aside the default judgment in Frost's favor and granting Jack L. Baker's motion for new trial. We deny the petition for writ of mandamus.

---

[1] The underlying case is *Frost National Bank v. Fairmont Diagnostic and MRI Center, L.L.C., Bay Colony MRI and Diagnostic Center, L.P., Bay Colony Management Services, L.L.C., and Jack L. Baker*, No. 2012-08645, in the 152nd District Court of Harris County, Texas, the Honorable Robert Schaffer presiding.

## PER CURIAM

Panel consists of Chief Justice Radack and Justices Higley and Brown.